## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALVAREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: 5:25-cv-00901-FMO-ACCV<br><br>*Judge: Fernando M. Olguin*<br><br>*Magistrate Judge: Judge Angela C. C. Viramontes*<br><br>**ORDER RE: STIPULATION [39] FOR DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: November 9, 2026

By:____________/s/_________________
Hon. Fernando M. Olguin
United States District Judge